# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

—————————

**No. ACM S32837**

—————————

**UNITED STATES**
*Appellee*

**v.**

**Giovanna N. CAYWOOD**
Airman Basic, U.S. Air Force, *Appellant*

—————————

Appeal from the United States Air Force Trial Judiciary

Decided 9 February 2026

—————————

*Military Judge*: Jennifer E. Powell.

*Sentence*: Sentence adjudged 1 July 2025 by SpCM convened at Osan Air Base, Republic of Korea. Sentence entered by the military judge on 29 July 2025: Bad-conduct discharge, confinement for 45 days, hard labor without confinement for 30 days, and a reprimand.

*For Appellant*: None.[*]

Before GRUEN, KEARLEY, and MORGAN, *Appellate Military Judges*.

—————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

---

[*] Appellant twice elected not to request appellate defense counsel via Air Force Form 304—the first time at the conclusion of her court-martial on 1 July 2025, and then on 19 September 2025, after the military judge entered judgment. *See* Department of the Air Force Instruction 51-201, *Administration of Military Justice*, ¶¶ 19.21, 24.2.2 (24 Jan. 2024). Upon docketing Appellant's case, this court notified Appellant via certified mail of her right to submit an assignments of error brief to the court within 60 days per Rule 18(d)(1) of The Joint Rules of Appellate Procedure for Courts of Criminal Appeals; no brief was filed.

_____

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). Additionally, the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court